IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

VS                              Cr. No.: 3:08CR0216-2(MAJ)

ALEX PABON-COLON

INFORMATIVE MOTION NOTIFYING VIOLATIONS OF SUPERVISED RELEASE CONDITIONS AND REQUESTING THE ISSUANCE OF AN ARREST WARRANT

**COMES NOW, Jose Lozada, Senior, United States Probation Officer** of this Honorable Court, informing that on January 2, 2024, Mr. Pabon-Colon commenced his imposed supervised release term, which is scheduled to expire on January 1, 2028. Mr. Pabon-Colon is being supervised on the mainland of the United States.

Since his release from custody, Mr. Pabon-Colon has violated the following conditions of supervised release:

**MANDATORY CONDITION NO. 1: "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."**

**STANDARD CONDITION NO. 13: "YOU MUST FOLLOW THE INSTRUCTIONS OF PROBATION OFFICER RELATED TO THE CONDITIONS OF SUPERVISION."**

**SPECIAL CONDITION NO. 1: "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME, AND SHALL OBSERVE THE STANDARD CONDITIONS OF SUPERVISED RELEASE RECOMMENDED BY THE UNITED STATES SENTENCING COMMISSION AND ADOPTED BY THIS COURT."**

After being released from custody, Mr. Pabon-Colon lived in a residential reentry center (RRC) on the U.S. Mainland for the first six months of his supervised release term. It's important

to mention that Mr. Pabon-Colon is homeless. The Probation Office tried to extend his stay in the RRC because he was homeless and didn't have essential identification documents. However, he refused to sign the waiver of modification of conditions to extend his stay at the RRC. As a result, the U.S. Probation Office arranged for him to stay in a transitional house temporarily until his documents arrived.

On August 7, 2024, Mr. Pabon-Colon had an altercation with another participant and the staff in the transitional housing where he was staying. Mr. Pabon-Colon became agitated and verbally aggressive and threatened the other participant by saying, "I was a gangster, and you are not going to sleep at night. I'm a real-life gangster and a killer, and you are not safe here; no one is safe.". Mr. Pabon-Colon was discharged from the transitional housing the next day for safety reasons.

On August 8, 2024, Mr. Pabon-Colon reported to the Probation Office. According to the U.S. Probation Officer, Eva Barbee, Mr. Pabon-Colon was very agitated. Officer Barbee attempted to de-escalate the situation and bring Mr. Pabon-Colon to an interview room. As a response, Mr. Pabon-Colon immediately stood up and stated that he would not be speaking with her and that he does not trust anyone in the U.S. Probation Office. Lastly, he was not going to discuss anything other than immediately returning to custody. This writer attempted to interview Mr. Pabon-Colon via telephone with two other officers present, and Mr. Pabon-Colon was unwilling to speak or listen to this writer. Moreover, he stated to this writer, *"I don't want to talk to you; just put me in prison for the remaining four (4) years."*. USPO Barbee attempted to de-escalate the situation and finally asked Mr. Pabon-Colon to leave their office due to safety concerns. Mr. Pabon-Colon was escorted out of the building by the Court Security Personnel (CSO).

Unfortunately, Mr. Pabon-Colon is not willing to cooperate in his supervision process. Based on his threatening manner and lack of willingness to follow instructions, his prognosis of supervision success is very poor, and he may pose a danger to the community.

**WHEREFORE,** in view of the above-mentioned supervised release violations, and unless ruled otherwise, it is respectfully requested that a warrant for Mr. Alex Pabon-Colon's arrest be issued so that he may be brought before this Honorable Court to show cause as to why his supervision term should not be revoked.

In San Juan, Puerto Rico, this 9th day of August 2024.

RESPECTFULLY SUBMITTED,

LUIS O. ENCARNACION, CHIEF
U.S. PROBATION OFFICER

*s/Jose Lozada*
Jose Lozada
Senior, U.S. Probation Officer
Federal Office Building
150 Carlos Chardón Avenue
San Juan, PR 00918
Tel.: (787) 406-0925
E mail: jose_lozada@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, and notification of such filling will be sent to the parties involved in this case.

In San Juan, Puerto Rico, this 9th day of August 2024.

*s/ Jose Lozada*
Jose Lozada
Senior, U.S. Probation Officer